# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HUERTA IBARRA, | ) 1:04-CV-05589 OWW LJO HC |
| Petitioner, | ) |
| | ) |
| | ) ORDER DISMISSING MOTION TO |
| v. | ) SUBSTITUTE COUNSEL |
| | ) |
| E. ALAMEIDA, Director, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 6, 2006, George A. Boyle, Esq., submitted an ex parte request for an order to substitute him as counsel of record on behalf of Petitioner. However, the request did not include a signed affidavit from Petitioner consenting to the substitution.

Accordingly, the motion is hereby DISMISSED with leave to renew.

IT IS SO ORDERED.

**Dated:    September 13, 2006**          _____/s/ Lawrence J. O'Neill_____
23ehd0                                    UNITED STATES MAGISTRATE JUDGE

1