UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HUERTA IBARRA,<br><br>    Petitioner,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>    Respondent. | 1:04-CV-5589 OWW LJO HC<br><br>ORDER STAYING PROCEEDINGS<br><br>(DOCUMENT #46) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 6, 2006, petitioner filed a motion to stay proceedings for 60 days. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is GRANTED until December 7, 2007 to file a motion for leave to amend the Petition..

IT IS SO ORDERED.

**Dated:   October 17, 2006**           **/s/ Lawrence J. O'Neill**
23ehd0                                             UNITED STATES MAGISTRATE JUDGE