UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HUERTA IBARRA,<br><br>　　　Petitioner,<br><br>　　v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>　　　Respondents. | 1:04-CV-5589 OWW LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION (DOCUMENT #52) |

　　　Petitioner is a state prisoner proceeding with newly appointed counsel substituted in his place on October 6, 2006, pursuant to 28 U.S.C. § 2254. On January 18, 2007, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted thirty days from the date of service of this order in which to file an amended petition.

　　　IT IS SO ORDERED.

Dated:　February 14, 2007　　　　　　　/s/ Dennis L. Beck
23ehd0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE