UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HUERTA IBARRA,<br><br>    Petitioner,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, JR.,<br><br>    Respondent. | 1:04-CV-5589 OWW NEW (DLB) HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #55) |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 8, 2007, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his amended petition.

IT IS SO ORDERED.

Dated: **April 2, 2007**          **/s/ Dennis L. Beck**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE